IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-000782-D

NEWTHINK, LLC,                          §
                                        §
        Plaintiff,                      §
                                        §
v.                                      §
                                        §
LENOVO (UNITED STATES) INC.,            §
                                        §
        Defendant.                      §

---

## ORDER

---

On this date, this Court considered Plaintiff Newthink, LLC and Defendant Lenovo (United States) Inc.'s Joint Motion to Stay All Deadlines ("Joint Motion"). Having considered the Joint Motion, the Court is of the opinion that the Joint Motion should be GRANTED. It is therefore ORDERED that all deadlines are hereby stayed between Newthink, LLC and Lenovo (United States) Inc. for a period of thirty (30) days.

July 24, 2013.

*[signature]*

**Judge James C. Dever, III**