UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-cv-000782-D

| | |
|---|---|
| NEWTHINK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>LENOVO (UNITED<br>STATES) INC.,<br><br>    Defendant. | **ORDER** |

On this date, this Court considered Plaintiff Newthink, LLC and Defendant Lenovo (United States) Inc.'s Second Joint Motion to Stay All Deadlines ("2d Joint Motion"). Having considered the 2d Joint Motion, the Court is of the opinion that the 2d Joint Motion should be GRANTED. It is therefore ORDERED that all deadlines are hereby stayed between Newthink, LLC and Lenovo (United States) Inc. for a period of thirty (30) days from the date of this Order.

SO ORDERED. This **25** day of August 2013.

                                                JAMES C. DEVER III
                                              Chief United States District Judge